**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                        Case No.  8:08-cv-916-T-30TGW

**ERIC GREEN,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, Eric Green (Dkt. #9).  The Court, having reviewed the pleadings submitted on behalf of Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint, determines the Motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Default Final Judgment is **GRANTED**.

2. The Clerk is directed to enter a final judgment in favor of Plaintiff, United States of America, and against Defendant, Eric Green, in the amount of $27,412.76, consisting of $25,027.42 in unpaid principal, $2,210.34 in interest accrued through July 8, 2008, and $175.00 in taxable costs, in accordance with

      the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment.

3.     This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. § 2001, *et seq.*, 28 U.S.C. §§ 3001-3007, and Rule 69(a), Federal Rules of Civil Procedure.

4.     All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-916.default judgment.frm